UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:    MARUAN S. SABANDO

Case No. 20-10512 (ABA)

Debtor

Judge:  Andrew B. Altenburg, Jr.

# CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 18, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     MARUAN S. SABANDO
Case No.    20-10512 (ABA)
            **CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

___

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 20-10512 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for Chapter 13 bankruptcy protection for a period of 180-days from the date of dismissal of Debtor's case.


/s Mark W. Ford                                      2/13/2020
Mark W. Ford, Esquire                                Date
Debtor's Attorney


/s Isabel C. Balboa                                  2/14/2020
Isabel C. Balboa                                     Date
Chapter 13 Standing Trustee